Clerk of the Court,                                    12-30-20

I would like to receive a copy of the Pretrial Discovery and Inspection as to Devante Lee Johnson from 02-15-2018 #125 of the docket sheet and the transcript for 09-04-2018 #299, 300, 301, and 302 of the docket sheet please and thank you. I need these items as soon as possible please and thank you once again.

[CLERK, U.S. DISTRICT COURT RECEIVED JAN -4 2021 EASTERN DIST. OF TEXAS]

Thank You,
Devante Johnson
#27613-078

Devante Johnson #27613-078
USP Pollock
P.O. Box 2099
Pollock, LA 71467

SHREVEPORT LA 710
31 DEC 2020 PM 1 L

Clerk of Court
United States District Court
Eastern District of Texas
211 W. Ferguson St. RM 106
Tyler, TX 75702